# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROSEANNA A. SAIS, *et al.*, | |
| Plaintiffs, | Civil Action No. 24-8747 (MAS) (RLS) |
| v. | **ORDER** |
| NEW JERSEY SECRETARY OF STATE, TAHESHA WAY, in her official capacity, *et al.*, | |
| Defendants. | |

This matter comes before the Court upon pro se Plaintiffs Roseanna A. Sias, Eileen L. McMenamin, Basilia Tsikentzoglou, Paul Testa, and John C. Wong's (collectively "Plaintiffs") motion for a temporary restraining order and preliminary injunction. (ECF No. 4.) Upon an initial review of Plaintiffs' Complaint, the Court finds an expedited briefing schedule appropriate. As such,

**IT IS** on this 30th day of August 2024, **ORDERED** as follows:

1. Plaintiffs shall serve this Order upon Defendants by end-of-day **September 3, 2024**.

2. Defendants shall file an opposition brief no later than **September 9, 2024**.

3. Plaintiffs shall file a reply brief no later than **September 13, 2024**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE