MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey, 08625-0112
*Attorney for Defendants*

By:   Levi Klinger-Christiansen (Attorney ID No. 334052020)
      Deputy Attorney General
      (609) 376-2955
      Levi.KlingerChristiansen@law.njoag.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt. Governor and Secretary of State the State of New Jersey;<br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as Acting Director for the New Jersey Division of Elections<br><br>　　　Defendants. | **Civil Action**<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Civ. Action No.<br>3:24-CV-08747-MAS-RLS<br><br>**NOTICE OF CROSS-MOTION TO DISMISS** |

PLEASE TAKE NOTICE that on October 7, 2024, the undersigned Matthew J. Platkin, Attorney General of New Jersey, by Levi Klinger-Christiansen, Deputy Attorney General, on behalf of defendants Tahesha Way, in her official capacity as Lt. Governor and Secretary of State of New Jersey, and Donna Barber, in her official capacity as Acting Director of the New Jersey Division of Elections, shall cross-move before the Honorable Michael A. Shipp, U.S.D.J., in the United States District Court for the District of New Jersey, for an Order dismissing the Complaint filed by Plaintiffs, pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE NOTICE that the undersigned shall rely on the attached brief and exhibits in support of the motion to dismiss in lieu of answer.

A proposed form of Order is attached hereto.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

        By:   /s/ Levi Klinger-Christiansen
                Levi Klinger-Christiansen
                Deputy Attorney General

Dated: September 9, 2024