MATHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey, 08625-0112
*Attorney for Defendants*

By:   Levi Klinger-Christiansen (NJ Atty. ID# 334052020)
      Deputy Attorney General
      Phone: 609.376.2955
      Levi.klingerchristiansen@law.njoag.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong<br><br>      Plaintiffs,<br><br>      v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt. Governor and Secretary of State the State of New Jersey;<br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as Acting Director for the New Jersey Division of Elections<br><br>      Defendants. | **Civil Action**<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Civil Action No.<br>3:24-CV-08747-MAS-RLS<br><br>**Certification of Counsel in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and Defendants' Cross-Motion to Dismiss** |

1

I, Levi Klinger-Christiansen, DAG, being of full age, do hereby certify as follows:

1. I am an attorney in good standing in the State of New Jersey and admitted to practice in the United States District Court for the District of New Jersey.

2. I am Deputy Attorney General with the New Jersey Department of Law and Public Safety, Division of Law.

3. I represent the Defendants in the above-captioned matter. I am fully familiar with the facts and substance of this matter and am authorized and qualified to make this certification.

4. Attached hereto as Exhibit A is a true and accurate copy of the Final Agency Decision, in *New Jersey Democratic State Committee v. Shiva Ayyadurai*, STE 10482-24, issued by the New Jersey Secretary of State on August 7, 2024.

5. Attached hereto as Exhibit B is a true and accurate copy of the Initial Decision, in *New Jersey Democratic State Committee v. Shiva Ayyadurai*, STE 10482-24, issued by Administrative Law Judge, William T. Cooper on August 5, 2024.

6. Attached hereto as Exhibit C is a true and accurate copy of the Disposition on Application for Permission to File Emergent Motion, in *New Jersey State Democratic Committee v. Shiva Ayyadurai*, STE-10482-24, issued by the New Jersey Superior Court, Appellate Division on August 13, 2024.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

Dated: September 9, 2024  /s/Levi Klinger-Christiansen
Levi Klinger-Christiansen
Deputy Attorney General