**Exhibit C**

| | |
|---|---|
| NEW JERSEY DEMOCRATIC STATE COMMITTEE, <br><br> Petitioner, <br><br> v. <br><br> SHIVA AYYADURAI, <br><br> Respondent. <br><br> Case Name | **Superior Court of New Jersey Appellate Division** <br><br> Appellate Division Docket Number (if available): _____ <br><br> Trial Court or Agency Below: STATE OF NEW JERSEY DEPARTMENT OF STATE OFFICE OF THE SECRETARY OF STATE <br><br> Trial Court or Agency Docket Number: STE-10482-24 <br><br> **Disposition on Application for Permission to File Emergent Motion - Denied** |

## Do Not Fill in This Section – For Court Use Only

The application of <u>respondent Shiva Ayyadurai</u> for leave to file an emergent motion on short notice is **Denied** for the following reasons:

☒ The application on its face does not concern a threat of irreparable injury, or a situation in which the interests of justice otherwise require adjudication on short notice. The applicant may file a motion with the Clerk's Office in the ordinary course.

☐ The threatened harm or event is not scheduled to occur prior to the time in which a motion could be filed in the Clerk's Office and decided by the court. If the applicant promptly files a motion with the Clerk's Office it shall be forwarded to a Panel for decision as soon as the opposition is filed.

☐ The applicant did not apply to the trial court or agency for a stay, and obtain a signed court order, agency decision or other evidence of the ruling before seeking a stay from the Appellate Division.

☐ The application concerns an order entered during trial or on the eve of trial as to which there is no prima facie showing that the proposed motion would satisfy the standards for granting leave to appeal.

**Exhibit C**

☐     The timing of the application suggests that the emergency is self-generated, given that no good explanation has been offered for the delay in seeking appellate relief.  Due to the delay, we cannot consider a short-notice motion within the time frame the applicant seeks, without depriving the other party of a reasonable time to submit opposition.  And the magnitude of the threatened harm does not otherwise warrant adjudicating this matter on short notice despite the delay.  If the applicant promptly files a motion with the Clerk's Office it shall be forwarded to a Panel for decision as soon as the opposition is filed.

☒     Other reasons:
Respondent admitted he is not a "natural born citizen" of the United States.  Therefore, he is ineligible to appear on the ballot as a candidate for the office of United States President in 2024 per the United States Constitution.  <u>U.S. Const.</u> art. II, § 1.

_____         8/13/2024
Hon. Jessica R. Mayer, P.J.A.D.                                Date