MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey, 08625-0112
*Attorney for Defendants*

By:  Levi Klinger-Christiansen (Attorney ID No. 334052020)
     Deputy Attorney General
     (609) 376-2955
     Levi.KlingerChristiansen@law.njoag.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt. Governor and Secretary of State the State of New Jersey;<br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as Acting Director for the New Jersey Division of Elections<br><br>　　Defendants. | **Civil Action**<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Civil Action No.<br>3:24-CV-08747-MAS-RLS<br><br>**ORDER** |

This matter having come before the Court on a cross-motion to dismiss ("Motion") of Matthew J. Platkin, Attorney General of New Jersey, by Levi Klinger-Christiansen, Deputy Attorney General, appearing on behalf of Defendants pursuant to Fed. R. Civ. P. 12(b)(6); and the Court, having considered the papers submitted herein and any opposition thereto filed; and for good cause shown:

IT IS ORDERED on this _____ day of _____,2024:

1. Defendants' Motion, filed pursuant to Fed. R. Civ. P. 12(b)(6), is hereby GRANTED in its entirety; and

2. All claims against Defendants in this matter are hereby dismissed with prejudice; and

3. All other relief deemed necessary and just.

_____
Michael A. Shipp, U.S.D.J.