MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey, 08625-0112
*Attorney for Defendants*

By:   Levi Klinger-Christiansen (Attorney ID No. 334052020)
      Deputy Attorney General
      (609) 376-2955
      Levi.KlingerChristiansen@law.njoag.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong<br><br>          Plaintiffs,<br><br>               v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt. Governor and Secretary of State the State of New Jersey;<br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as Acting Director for the New Jersey Division of Elections<br><br>          Defendants. | <u>**Civil Action**</u><br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Civil Action No.<br>3:24-CV-08747-MAS-RLS<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on September 9, 2024, Defendants' accompanying Opposition to Plaintiffs' motion for a preliminary injunction, and Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) were electronically filed with the Clerk of the United States District Court and that a copy of the motion has therefore been served by electronic notice upon all parties.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

        By:   /s/ Levi Klinger-Christiansen
                Levi Klinger-Christiansen
                Deputy Attorney General

Dated: September 9, 2024