**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong,<br>      Plaintiffs,<br>    v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt. Governor and Secretary of State the State of New Jersey;<br><br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as Acting Director for the New Jersey Division of Elections,<br><br>      *Defendants.* | Civil Action No.<br>3:24−CV−08747−MAS−RLS |

### REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Dear Honorable Judge,

      Plaintiffs Pro Se request an extension of time for one (1) week to file Plaintiff's response to Defendant's Motion to Dismiss. One of our Plaintiff's leading our efforts has required hospitalization and medical assistance this past week. Therefore, we are in the midst of engaging an attorney on our behalf. We respectfully request an extension of time until September 20, 2024 to file our response. Thank you for your kind consideration.

      Respectfully submitted,

      By:/s/Eileen McMenamin
      EILEEN MCMENAMIN,  Plaintiff Pro Se

1

211-A So. 10th Avenue
Highland Park, NJ  08904
Email: eileenmc53@gmail.com
Phone:  732-896-4664

By:/s/Roseanna A. Sias
ROSEANNA SIAS,  Plaintiff Pro Se
1239 Whitaker Ave.
Millville, NJ  08332
Email: staff@hasjschool.org
Phone:  609-805-2548

Dated: September 13, 2024