IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Roseanna A. Sias,<br>Eileen L. McMenamin,<br>Basilia Tsikentzoglou,<br>Paul Testa, and<br>John C. Wong,<br>    Plaintiffs,<br>    v.<br><br>NEW JERSEY SECRETARY OF STATE<br>Tahesha Way, in her official capacity as Lt.<br>Governor and Secretary of State the State of<br>New Jersey;<br><br>NEW JERSEY DIVISION OF ELECTIONS;<br>Donna Barber, in her official capacity as<br>Acting Director for the New Jersey Division<br>of Elections,<br><br>    *Defendants.* | Civil Action No.<br>3:24-CV-08747-MAS-RLS |

## **REQUEST TO FILE SUR-REPLY**

Dear Honorable Judge,

  Pursuant to Plaintiff Pro Se Eileen L. McMenamin discussion with Clerk of this honorable court on or about 9:50 AM on October 2, 2024, Plaintiffs Roseanna A. Sias, Eileen L. McMenamin, Basilia Tsikentzoglou, Paul Testa, and John C. Wong, **filed** Sur-Reply in response to Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-Motion to Dismiss Plaintiffs' Verified Complaint.

  However, we the Plaintffs Pro Se have come to understand in a call between Plaintiffs Pro Se Roseanna A. Sias and Eileen L. McMenamin on October 11, 2024 on or about 9:30 AM EST with the Clerk of this court that, in reference to the previous instructions given by the Clerk on October 2, 2024, that we must now file this formal

1

request to the court to have our Sur-Reply considered for review, which is now Docketed as No. 17.

Therefore, we the Plaintiffs Pro Se respectfully request the Honorable Judge to accept our Sur-Reply (as it has already been filed) and to be reviewed. Plaintiffs would be most grateful.

Respectfully submitted:

By:    /s/Roseanna A. Sias
           Plaintiff Pro Se

By:   /s/ Eileen L. McMenamin
           Plaintiff Pro Se

By:   /s/ Basilia Tsikentzoglou
           Plaintiff Pro Se

By:    /s/ Paul Testa
           Plaintiff Pro Se

By:    /s/ John C. Wong
           Plaintiff Pro Se

Dated: October 11, 2024

Roseanna A. Sias
 1239 Whitaker Ave.
Millville, NJ  08332
staff@hasjschool.org   609-805-2548

John C. Wong
158 Wayne St.
Jersey City, NJ  07302
johnwong2006@gmail.com   732-836-8508

Eileen L. McMenamin
211-A So. 10th Ave.
Highland Park, NJ  08904
eileenmc53@gmail.com   732-896-4664

Basilia Tsikentzoglou

2

276 4th Street,
Jersey City, NJ  07302
basiliat@yahoo.com  201-936-8961

Paul Testa
649 Windsor Ave
Maple Shade, NJ  08052
paul.testa@yahoo.com  856-520-5795